Thiago Coelho, SBN 324715
thiago@wilshirelawfirm.com
Binyamin I. Manoucheri, SBN 336468
binaymin@wilshirelawfirm.com
Jasmine Behroozan, SBN 325761
jasmine@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff and Proposed Class*

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE BROOKS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE WATERBOY, a California company; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-02034-TLN-AC<br><br>Honorable Judge Troy L. Nunley<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff, Valerie Brooks ("Plaintiff"), by and through her undersigned counsel, hereby voluntarily dismisses all claims and causes of action asserted individually with prejudice as to Plaintiff's individual claims pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Parties shall bear their own fees and costs.

///

1
VOLUNTARY DISMISSAL WITH PREJUDICE

1  Dated: October 25, 2021                    Respectfully Submitted,

2

3                                              /s/ Thiago M. Coelho
                                               Thiago M. Coelho
4                                              **WILSHIRE LAW FIRM**
                                               *Attorney for Plaintiff and*
5                                              *Proposed Class*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                              2
              VOLUNTARY DISMISSAL WITH PREJUDICE

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 25, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which sent notification to all counsel of record, who are deemed to have consented to electronic service via the CM/ECF system.

Dated: October 25, 2021            */s/ Thiago M. Coelho*
                                                    Thiago M. Coelho